**Opinion issued August 1, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-24-00344-CV

_____

**CHAPMAN CROSSINGS, Appellant**

**V.**

**RYAN CLARKE, Appellee**

**On Appeal from County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1222386**

## MEMORANDUM OPINION

Appellant Chapman Crossings filed its notice of appeal on April 3, 2024. Appellant did not pay its appellate filing fee or establish indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1. The Clerk of this Court notified Appellant that unless it paid the appellate filing fee by July 1, 2024, its appeal could

be dismissed.  *See* Tex. R. App. P. 42.3(b).  To date, Appellant has not paid the appellate filing fee nor established indigence for purposes of appellate costs.

Appellant also failed to pay, or make arrangements to pay, the fee for preparing the clerk's record.  *See* Tex. R. Civ. P. 145; Tex. R. App. P. 34.1.  We notified Appellant that its appeal could be dismissed for want of prosecution if the clerk's record was not filed.  *See* Tex. R. App. P. 37.3(a), (b).  We directed Appellant to submit written evidence from the trial court clerk by July 17, 2024, reflecting it paid, or made arrangements to pay, the fee for preparing the clerk's record.  To date, Appellant has not responded to this Court's notice and the clerk's record has not been filed.

We dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 37.3(b), 42.3(b)–(c).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.